1  Harry C. Gilbert, Esq. (SBN 129944)     ** E-filed September 4, 2009 **

2  **JOSEPH COSTELLA & ASSOCIATES**
   215 Lennon Lane, Suite 200,

3  Walnut Creek, Ca 94598
   Telephone  (925) 945-4491

4  Facsimile:  (925) 746-3916

5
   Attorneys for Defendant,

6  MONSTER MECHANICAL, INC.

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                 SAN JOSE DIVISION

10

11  GLOBAL HEALTHCARE EXCHANGE, LLC,  | Case No: 5:08 CV 04967-HRL

12              Plaintiff,            | (proposed) ORDER RE
                                      | SUBSTITUTION OF
13  v.                                | ATTORNEYS

14  MONSTER MECHANICAL, INC.,

15

16              Defendant.

17

18       The Court, having reviewed the Substitution of Attorneys executed by the parties

19  and the attorneys, and good cause appearing therefor,

20       IT IS HEREBY ORDERED that the Law Firm of Eric J. Sidebotham, APC and

21  Eric J. Sidebotham and Daniel M. Shafer have substituted out, and that Harry C. Gilbert of

22  the law firm of Joseph Costella & Associates be substituted in, as attorney of record for

23  Monster Mechanical, Inc.

24  DATED: September 4 , 2009          By: _____

25                                     Howard R. Lloyd,
                                       United States Magistrate Judge

26

27

28

---

                                    1
            (proposed) ORDER RE SUBSTITUTION OF ATTORNEYS