GREGORY P. DRESSER (BAR NO. 136532)
(gdresser@mofo.com)
SARAH E. GRISWOLD (BAR NO. 240326)
(sgriswold@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

**\*\* E-filed September 16, 2009 \*\***

Attorneys for Plaintiff
GLOBAL HEALTHCARE EXCHANGE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOBAL HEALTHCARE EXCHANGE, LLC, a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>MONSTER MECHANICAL, INC., a California corporation,<br><br>                    Defendant. | Case No.   C 08-04967 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Hon. Howard R. Lloyd<br><br>Complaint Filed:  October 30, 2008<br>Trial Date:  December 14, 2009 |

Pursuant to Civil Local Rule 6-2, Plaintiff Global Healthcare Exchange, LLC and Defendant Monster Mechanical, Inc., through their respective undersigned counsel, agree and stipulate as follows:

WHEREAS, on February 24, 2009, the Court issued a Case Management Scheduling Order, which set October 5, 2009 as the expert discovery cutoff;

WHEREAS the parties have scheduled a private mediation for October 14, 2009;

WHEREAS, the parties hope to avoid unnecessary litigation expenses by deferring some expert discovery until after mediation; and

WHEREAS the parties have not previously sought any extension of time in this action;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The expert discovery cutoff shall be extended to November 2, 2009. No other dates set in the Court's February 24, 2009 Case Management Scheduling Order shall be extended and neither party will argue for extensions of any other deadlines based on the extension of the expert discovery cut-off.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 16, 2009

GREGORY P. DRESSER
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By: /s/ Sarah E. Griswold
Sarah E. Griswold

Attorneys for Plaintiff
GLOBAL HEALTHCARE EXCHANGE, LLC

Dated: September 16, 2009

HARRY C. GILBERT
JOSEPH COSTELLA & ASSOCIATES

By: /s/ Harry C. Gilbert
Harry C. Gilbert

Attorneys for Defendant
MONSTER MECHANICAL, INC.

1    In accordance with General Order 45, concurrence in the filing of this document has been
2    obtained from the other signatory and I shall maintain records to support this concurrence for
3    subsequent production for the court if so ordered or for inspection upon request by a party.

By:   /s/ Sarah E. Griswold
      Sarah E. Griswold

      Attorneys for Plaintiff
      GLOBAL HEALTHCARE
      EXCHANGE, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _September 16, 2009___     _____
                                  Honorable Howard R. Lloyd
                                  United States Magistrate Judge