**\*\* E-filed October 19, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOBAL HEALTHCARE EXCHANGE, LLC, a Delaware corporation,<br><br>    Plaintiff,<br>    v.<br><br>MONSTER MECHANICAL, INC., a California corporation,<br><br>    Defendant.<br>_____/ | No. C08-04967 HRL<br><br>**ORDER OF DISMISSAL**<br><br>**[Re: Docket No. 31]** |

The parties have advised that they have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

IT IS HEREBY ORDERED that this action be dismissed with prejudice. However, if any party certifies to this court, no later than December 16, 2009, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

**IT IS SO ORDERED.**

Dated: October 19, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 08-04967 Notice will be electronically mailed to:**

2 Gregory P. Dresser    gdresser@mofo.com, bfuller@mofo.com
Harry C. Gilbert    hgilbert@travelers.com, paugusta@travelers.com
3 Sarah Elizabeth Griswold    SGriswold@mofo.com, jfogel@mofo.com

4

**Counsel are responsible for distributing copies of this document to co-counsel who have not
5 registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28